APPEAL NOS. 03-14-0094-CR & 03-14-0095-CR

03-14-00494-CR & 03-14-00495-CR

ISAAC BENAVIDEZ - APPELLANT

v

THE STATE OF TEXAS - APPELLE

RECEIVED

OCT 1 6 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

PETITION FOR DISCRETIONARY REVIEW

APPELLANT ISAAC BENAVIDEZ HAS RESEARCHED CASES AND DOES NOT KNOW HOW TO SUBMIT CORRECT MOTIONS. HOWEVER MANY ERRORS WERE MADE AGAINST THESE CASES. SO IN RESPONSE FOR THE PETITION FOR DISCRETIONARY REVIEW ALL THAT ISAAC BENAVIDEZ HAS IS THAT MANY ERRORS WERE MADE.

ISAAC BENAVIDEZ
#01945542
MARK. W. STILES UNIT
3060 FM 3514
BEAUMONT TX 77705

ISAAC BENAVIDEZ #1945542
3060 F.M. 3514
BEAUMONT, TX 77705

13 OCT 2015 PM 5 L

COURT OF APPEALS - THIRD DISTRICT
P.O. Box 12547
Austin, TX 78711-2547

78711254747